IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01494-PSF

ZHENG RONG LIN, a/k/a Yun Lin,

    Petitioner,

v.

DOUGLAS MAURER, Field Office Director for Detention and Removal,
U.S. Immigration and Customs Enforcement,

    Respondent.

## ORDER REQUESTING RESPONSE AND SETTING HEARING DATE

THIS MATTER is before the Court on Petitioner Zheng Rong Lin's Verified Petition for a Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2241, filed August 5, 2005.  The government is DIRECTED to file a response to this petition on or before **August 19, 2005.**  The petitioner shall reply to the government's response on or before **August 26, 2005.**  It is

FURTHER ORDERED that a hearing on this issue is set for **September 13, 2005 at 8:15 a.m.**  It is

FURTHER ORDERED that Petitioner Zheng Rong Lin **shall not be deported** during the pendency of this matter.

DATED:  August 9, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge