IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01494-PSF

ZHENG RONG LIN, a/k/a Yun Lin,

    Petitioner,

v.

DOUGLAS MAURER, Field Office Director for Detention and Removal,
U.S. Immigration and Customs Enforcement,

    Respondent.

## ORDER TO RESCHEDULE PETITION HEARING

THIS MATTER is before the Court *sua sponte*. The hearing for writ of *habeas corpus* currently set for October 7, 2005 is RESCHEDULED for **October 14, 2005 at 3:00 p.m.**

    DATED: September 13, 2005

                                            BY THE COURT:

                                            s/ Phillip S. Figa
                                            _____
                                            Phillip S. Figa
                                            United States District Judge