IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01494-PSF

ZHENG RONG LIN, a/k/a Yun Lin,

    Petitioner,

v.

DOUGLAS MAURER, Field Office Director for Detention and Removal,
U.S. Immigration and Customs Enforcement,

    Respondent.

---

## ORDER TO RESET TIME OF PETITION HEARING

    THIS MATTER is before the Court *sua sponte*. The hearing for writ of *habeas corpus* currently set for October 14, 2005 at 3:00 p.m. is RESET for **October 14, 2005 at 1:00 p.m.**

    DATED: October 6, 2005

                              BY THE COURT:

                              s/ Phillip S. Figa
                              _____
                              Phillip S. Figa
                              United States District Judge